Cornell J. Price, Esq. (SBN 62443)
LAW OFFICES OF CORNELL J. PRICE
445 South Figueroa Street, Ste. 2640
Los Angeles, California 90071
Telephone:  (213) 612-0020
Facsimile:  (213) 612-0091
E-mail Address: pricelaw@earthlink.net

Attorney for Claimant
JAMES LANZO TURNER, IV

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>$355,000.00 IN U.S. CURRENCY,<br><br>        Defendant. | CASE NO: CV 07-5325-AHM (JTLx)<br><br>CLAIM FOR DEFENDANT CURRENCY<br><br><br>VIN: KNALD124245033692<br>Asset ID Number: 06-FBI-004369<br>Seizure Number: 3410060266 |

I, claimant James Turner, IV, on July 27, 2006, was the registered and rightful owner of that certain 2004 Kia automobile garaged on said date at 7137 Shoup Avenue, Unit 35, West Hills, California and in which the above-captioned defendant was contained within the closed suitcase seized from my rightful custody and possession, having come to be placed for safe-keeping in my automobile's trunk under circumstances, which under the laws of the

State of California mandate that under threat of detriment to or derogation of my legal interest compel me to posit in this proceeding this claim so as to maintain inviolate the right, title and interest of the person or persons who may at some time in the future assert, jointly and severally, any and all, of their ownership interests and any liability accruing against me for the failure on my part to diligently and conscientiously prosecute the within claim.

I, James Turner, IV, claimant of the above-referenced defendant and the undersigned, do hereby declare, under penalty of perjury of the laws of the United States and based upon my current recollection and belief, that the allegations aforesaid are essentially true and substantially correct.

Executed this 21 day of March, 2008, at Los Angeles, California.

_____
James Turner, Declarant and Claimant

CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of March, 2008, the foregoing CLAIM FOR DEFENDANT CURRENCY was filed manually. All other parties will be served by regular U.S. mail.

Lisabeth Shiner, Esq.
Special Assistant U.S. Attorney
Asset Forfeiture Section
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

/s/
Cornell J. Price