O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5325-AHM (JTLx) | Date | May 19, 2008 |
|---|---|---|---|
| Title | U.S.A. v. $355,000 IN U.S. CURRENCY | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lisabeth Shiner, AUSA | No Appearance |

**Proceedings:** GOVERNMENT'S MOTION FOR DEFAULT JUDGMENT AGAINST POTENTIAL CLAIMANTS JAMES TURNER, BEVERLY TURNER, AND ALL OTHER POTENTIAL CLAIMANTS [18]

Cause called; appearances made.  No appearance by claimants nor their attorney.

Court grants Government's motion and signs the proposed judgment.

|  | : | 06 |
|---|---|---|
| Initials of Preparer | | SMO |