```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  LISABETH SHINER
    Special Assistant United States Attorney
 6  California Bar Number 151792
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-6528
 9       Facsimile: (213) 894-7177
         E-mail: Lisabeth.Shiner@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
MAY 19 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 07-5325 AHM (JTLx) |
| Plaintiff, | [~~PROPOSED~~] DEFAULT JUDGMENT FOR FORFEITURE |
| v. | |
| $355,000.00 IN U.S. CURRENCY, | DATE: May 19, 2008<br>TIME: 10:00 a.m. |
| Defendant. | Before the Honorable A. Howard Matz, United States District Judge |

This action arose from the Verified Complaint for Forfeiture ("Complaint") filed on August 15, 2007. The First Amended Verified Complaint for Forfeiture was filed on December 11, 2007. Notice of

this action was given in the manner required by law, and neither known potential claimants James Turner nor Beverly Turner, nor any other potential claimants have filed a timely claim or answer. The Court deems that potential claimants James Turner, Beverly Turner, and all other potential claimants admit the allegations of the Complaint to be true.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right, title, and interest of known potential claimants James Turner and Beverly Turner, and all other potential claimants, in and to the defendant $355,000.00 currency is condemned and forfeited to the United States of America. The defendant currency shall be forfeited to the United States and shall be disposed of in accordance with law.

DATED: May 19, 2008

HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

LISABETH SHINER
Special Assistant United States Attorney
Attorneys for Plaintiff

2